KERRY M. L. SMITH # 88103
SMITH & FJELSTAD
722 N. Main Avenue
Gresham, OR 97030
Telephone: (503) 669-2242
Facsimile: (503) 669-2249
Email: smithandfjelstad@verizon.net



Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BILL PAUL,<br><br>        Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., a foreign corporation,<br><br>        Defendant. | Civil Case No. CV' 06-1404 JE<br><br>STIPULATED JUDGMENT OF DISMISSAL |

Pursuant to FRCP 41(a)(1)(ii), the parties hereby stipulate that this case is dismissed with prejudice and without costs or attorney fees to any party.

DATED: October 27, 2008.

SMITH & FJELSTAD

_____
Kerry M. L. Smith, OSB No. 88103
Telephone: 503-669-2242
Attorneys for Plaintiff

BULLARD SMITH JERNSTEDT WILSON

_____
Alan M. Lee, OSB No. 680946
Telephone: 503-248-1134
Attorneys for Defendant

PAGE 1 - STIPULATED JUDGMENT OF DISMISSAL